UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SERGE LACOSTE,<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., and SEDGWICK CLAIMS SERVICES MANAGEMENT, INC.<br><br>        Defendants. | Case No.: 3:24-cv-10194-ZNQ-JBD<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY**<br>**[Local Civil Rule 6.1(b)]** |

Application is hereby made for a Clerk's Order extending the time within which Defendants Verizon Communications Inc. and Sedgwick Claims Services Management, Inc. (together, "Defendants") may answer, move or otherwise reply to the Complaint filed by Plaintiff Serge LaCoste for fourteen (14) days, **to January 27, 2025**, and it is represented that:

1. No previous extension has been obtained;

2. Service of process was effected on November 12, 2024 pursuant to Fed. R. Civ. P. 4(d)(3) (60 days to answer after returning waiver of service of summons); and

3. Time to answer, move or otherwise reply expires on January 13, 2025.

Dated: Florham Park, New Jersey
        January 10, 2025

DUANE MORRIS LLP

By:   /s/ Sarah Fehm Stewart
Sarah Fehm Stewart, Esq.
200 Campus Drive, Suite 300
Florham Park, NJ 07932
sfstewart@duanemorris.com
(973) 424-2063

*Attorneys for Defendant,*
*Verizon Communications Inc.*

## **ORDER**

      The above application is ORDERED GRANTED. The Defendants' time to answer, move or otherwise reply is extended by 14 days, to January 27, 2025.

ORDER DATED: _____                MELISSA E. RHOADS, Clerk

                                            By: _____
                                                 Deputy Clerk